# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| WALTER JAMES AINSWORTH, § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:18-CV-1343-M-BH |
| § | |
| WELLS FARGO HOME MORTGAGE, § | |
| INC., § | |
|     Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff's "*Notice Motion for Stay of Foreclosure Sale Pending Determination of Plaintiffs* [sic] *Motion to Cancel Sale*," filed June 1, 2018 (doc. 10), is **DENIED**.

**SIGNED** this 11th day of July, 2018.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**