IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WALTER JAMES AINSWORTH, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:18-CV-1343-M-BH |
| § | |
| WELLS FARGO HOME MORTGAGE, § | |
| INC., § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Wells Fargo Home Mortgage, Inc.'s Motion to Dismiss and Brief in Support*, filed June 26, 2018 (doc. 19), is **GRANTED**. By separate judgment, all of the plaintiff's claims will be **DISMISSED with prejudice**.

SIGNED this 21st day of December, 2018.

*/s/ Barbara M. G. Lynn*
BARBARA M. G. LYNN
CHIEF JUDGE